IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MIDDLE PENNSYLVANIA.

KENNY JACOBS. :

    Petitioner :

vs. :   Docket # 1:CR-01-139

: Honorable: Yvette Kane

UNITED STATES OF AMERICA :

    Respondent : MOTION FOR CITATION OF AUTHORITY
: PURSUANT TO Rule 28(j), Correction
: Of 132Months Sentence Mandate, due
: to New U.S.Supreme Court Decision
: on 01-12-05 ( Booker,04-104) And
: Shepard, 03-9168, decided 3-7-05.

FILED
WILLIAMSPORT, PA

MAR 1 1 2005

MARY E. D'ANDREA, CLERK
Per____Kkw_____
    DEPUTY CLERK

"MOTION FOR REQUEST TO RECEIVE SPECIFIED COURT DOCUMENTS REPRODUCED AT GOVERNMENT EXPENSE PURSUANT TO 28 U.S.C.§ 2250 AND 753(f)".

THE HONORABLE YVETTE KANE, DISTRICT JUDGE, OF THE SAID COURT:

Comes Now, **Kenny Jacobs**, pro-se In Forma Pauperis, respectfully moves this court to forthwith **ORDER** that the clerk of this District Court reproduce ' A True Copy As Filed Of The Following Documents':-

1. The Indictment documents of dates:04-18-01, 09-05-01, & 11-30-01.
2. The Plea Agreement Documents of date: 01-03-2002.
3. The Plea Agreement Court Entered Transcripts, of date: 01-03-2002.
4. The Complete Sentencing Transcripts, of date: 04-22-2002
5. The Position On Immunity Provision in Plea Agreement Documents.

Petitioner respectfully request these documents such that petitioner would be able to perfect his "Motion For Citation Of Authority Pursuant to Rule 28(j), Correction of 132 months Sentence mandate, due to New U.S. Supreme Court Decision on 01-12-2005 ( Booker 04-104), and Shepard, 03-9168, decided 3-7-05".

There is Jurisdiction for this request to 28 U.S.C. §2250 and 753(f).

It is further requested that these documents and transcripts be provided forthwith in the spirit that petitioner would have complete documentary information preparing the above motion for his correction of sentencing in lieu of the constitutionality of Sixth Amendment rights (AEDPA).

**WHEREFORE, IT IS PRAYED THAT THIS HONORABLE COURT GRANT THIS APPLICATION.**

Dated:   3-09-05                         Respectfully Submitted


                                         *[signature]*
                                         Kenny Jacobs, pro-se
                                         #10663-067
                                         FCI-LORETTO,
                                         P.O.BOX. 1000,
                                         LORETTO, PA. 15940

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MIDDLE PENNSYLVANIA.

KENNY JACOBS.                             :
    Petitioner                         :
vs.                                       : Docket # 1:CR-01-139
                                          : Honorable: Yvette Kane
UNITED STATES OF AMERICA                  :
    Respondent                         : MOTION FOR CITATION OF AUTHORITY
                                          : PURSUANT TO Rule 28(j), Correction
                                          : Of 132Months Sentence Mandate, due
                                          : to New U.S. Supreme Court Decision
                                          : on 01-12-05 ( Booker,04-104) And
                                          : Shepard, 03-9168, decided 3-7-05.

"AFFIDAVIT IN SUPPORT THEREOF REQUEST TO PROCEED IN FORMA PAUPERIS ( AS A POOR PERSON)."

THE HONORABLE YVETTE KANE, DISTRICT JUDGE, OF THE SAID COURT:

Annexed hereto, Petitioner submits an application to proceed In Forma Pauperis as a poor person. Petitioner is now permanently incarcerated serving his imposed 132 months sentence and his suffered changed circumstances which compel petitioner's need to request the assistance of this court to aid in preparing petitioner's " Motion Petitioning For Citation Authority Pursuant To Rule 28(j), Correction of 132 months Sentence Mandate, Due to New U.S. Supreme Court Decision on 01-12-05, Booker, 04-104 and Shepard, 03-9168, decided on 3-7-05". On the Constitutionality of Sixth Amendments.

WHEREFORE, PETITIONER PRAYS THIS COURT'S ACCEPTANCE OF HIS PLEA SUCH THAT HE WILL NOT BE PREJUDICED PERFECTING HIS LAST AVENUE OF RELIEF, HIS RULE 28(j), AND CORRECTION OF

- 2 -

OF THE <u>132 MONTHS</u> SENTENCE IN THIS CASE MATTER.

Dated: 03-09-05                         Respectfully Submitted.


                                        *[signature: Kenny Jacobs]*
                                        Kenny Jacobs, pro-se
                                        10663-067
                                        FCI-LORETTO,
                                        BOX. 1000,
                                        LORETTO, PA. 15940

## CERTIFICATE OF SERVICE.

I, Kenny Jacobs, pro-se, certify that a true copy of this motion has been forwarded to the following persons, via the U.S. Certified and First Class Mail:-

The Honorable **Yvette Kane,**
**U.S.District Court Judge**
U.S.District Court, Middle Pennsylvania,
240 W. Third Street,
Williamsport, PA. 17701

Certified Mail # 7004-1160-1715-4372


The Court Clerk,
U.S.District Court Middle Pennsylvania,
240 W. Third Street,
Williamsport, PA. 17701


Christy Fawlett, AUSA,
Asst. U.S. Attorney for:
Middle Pennsylvania District,
P.O.BOx. 11754
Room 218, Federal Building,
Harrisburg, PA. 17108


dated:   3-9-05                                          _[signature]_
                                                         Kenny Jacobs. pro-se