THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )    1:CR-01-139-01
          Plaintiff,          )
                              )
     V.                       )    SATISFACTION OF JUDGMENT
_____)       (Kane, J.)
                              )
KENNY JACOBS,                 )
          Defendant.          )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on April 22, 2002, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  August 22, 2005

                              THOMAS A. MARINO
                              United States Attorney

                              /s G. MICHAEL THIEL
                              G. MICHAEL THIEL
                              Assistant U.S. Attorney

                              KAREN M. MUSLOSKI
                              Paralegal Specialist