August 10, 2007

Clerk of the Court
United States District Court
228 Walnut Street
Harrisburg, PA 17108-0983

    Re: United States v. Kenny Jacobs, Jr.

    No.1:CR-01-139

Dear Clerk:

    I would like to obtain a copy of my transcript of the sentencing hearing. My interest is to confirm the weight of drugs ("crack cocaine") for which I was held responsible.

    Kindly advise me of the cost of the transcript and I shall, if permitted, have a family member come to you to obtain and pay for the transcript.

    If the transcript is not prepared and I need to contact the Court Reporter, could forward that information to me so that I may contact him/her personally.

    Your consideration of my request is greatly appreciated.

    Very truly your,

    Kenny Jacobs, Jr.
    USM #10663-067
    FCI Loretto
    Post Office Box 1000
    Loretto, PA 15940